UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HARRY DANIEL WILLETT,<br><br>     Plaintiff,<br><br> v.<br><br>DESERT VILLA PARTNERS, LP, a/k/a Desert Villa Apartments; INDIGO REAL ESTATE SERVICES, INC.; TOLLY REINER, Portfolio Manager; JAN ANGERMAN, Business Manager; and JOHN DOES 1-100,<br><br>     Defendants. | NO: 4:15-CV-5053-RMP<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

**BEFORE** the Court is Plaintiff's Voluntary Dismissal of Action, ECF No. 24. Having reviewed the Notice and the record, the Court finds good cause to approve dismissal.  Accordingly, **IT IS HEREBY ORDERED**:

 1. Plaintiff's Voluntary Dismissal of Action, **ECF No. 24**, is **APPROVED**.

  Plaintiff's Complaint is dismissed with prejudice and without costs to any party.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

2. All pending motions, if any, are **DENIED AS MOOT**.

3. All scheduled court hearings, if any, are **STRICKEN**.

The District Court Clerk is directed to enter this Order, provide copies to counsel, and **close this case**.

**DATED** this December 9, 2016.

                                            *s/ Rosanna Malouf Peterson*
                                        ROSANNA MALOUF PETERSON
                                          United States District Judge